IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CORNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GLADIATOR ENERGY, LLC,<br><br>    Defendant. | Civil Action No. 2:20-cv-001589-WSS |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Steven Cornell and Defendant Gladiator Energy, LLC that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  June 7, 2021

Respectfully submitted,

*/s/ Ryan M. Carroll*
Ryan M. Carroll (PA I.D. 205851)
EDGAR SNYDER & ASSOCIATES
US Steel Tower, 10th Floor
600 Grant Street
Pittsburgh, PA 15219
T: (412) 394-4496
F: (412) 391-7032
rcarroll@edgarsnyder.com

*Counsel for Plaintiff*

*/s/ Terri Imbarlina Patak*
Terri Imbarlina Patak (PA I.D. 65610)
JACKSON LEWIS, P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
T:  (412) 232-0404
F:  (412) 232-3441
terri.patak@jacksonlewis.com

*Counsel for Defendant*